**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PALM PROPERTIES, LLC                                                                                      PLAINTIFF

v.                                        No. 4:09CV00038 JLH

CAPITOL DEVELOPMENT OF ARKANSAS, INC.;
PRIME REALTY & INVESTMENTS, INC.;
INDY 10 LLC; HOWARD BLOOM;
ASHLEY BLOOM; BOCA FUNDING GROUP LLC;
METROPOLITAN NATIONAL BANK; and
C-METRO, INC. d/b/a CENTURY 21 METRO, INC.                                       DEFENDANTS

**ORDER**

Without objection, the joint motion for partial dismissal is GRANTED. Document #97. All claims asserted by Palm Properties, LLC, against Capitol Development of Arkansas, Inc., Prime Realty & Investments, Inc., Indy 10, LLC, Boca Funding Group, LLC, Howard Bloom and Ashley Bloom ("the Bloom defendants") are hereby dismissed with prejudice. The Court notes that the Bloom defendants have waived any right, title, interest, or claim to the funds previously placed in escrow with Triad Title Company by Palm Properties and now in the registry of the Court. The only issue remaining in the case relates to the dispute between Palm Properties and C-Metro, Inc., as to the ownership of the funds on deposit in the registry of the Court. Therefore, the attorneys for the Bloom defendants are excused from participation in the settlement conference scheduled for Saturday, May 22, 2010.

IT IS SO ORDERED this 19th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE