# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PALM PROPERTIES, LLC                                                           PLAINTIFF

v.                                      NO. 4:09CV00038 JLH

C-METRO, INC.                                                             DEFENDANT

## ORDER

The Final Scheduling Order entered on November 16, 2009, set this matter for bench trial to commence at 9:15 a.m., sometime during the week of June 21, 2010, in Little Rock, Arkansas. The Court has determined that the bench trial will begin at ***9:15 a.m., on MONDAY, JUNE 21, 2010***. Counsel are to be present ***thirty minutes prior to trial***.

IT IS SO ORDERED this 8th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE