### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

PALM PROPERTIES, LLC                                                                                      PLAINTIFF

v.                                           No. 4:09CV00038 JLH

METROPOLITAN NATIONAL BANK;
C-METRO, INC., d/b/a CENTURY 21
METRO, INC.; and DOES                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Palm Properties, LLC, on its complaint against C-Metro, Inc., d/b/a Century 21 Metro, Inc. After 14 days from the entry of this Judgement, the funds in the amount of $124,650.43 plus accrued interest will be released to Palm Properties, LLC, from the registry of the Court unless a motion for stay is filed pursuant to Rule 62 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 30th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE